1
2
3 **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**
4
5
6 **UNITED STATES OF AMERICA,**

**Plaintiff,**

**Case No. CR07-5502BHS**

7 **v.**

**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

8 **DANIEL J FISHER,**
9
**Defendants.**
10
11

12 **THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision under bond.

13 The plaintiff appears through Assistant United States Attorney, Kent Liu.

14 The defendant appears personally and represented by counsel, Keith MacFie.

15 The U.S. Pretrial Services Office has filed a petition alleging violation of the terms and conditions of supervision by absconding from Progress House on October 6, 2007. The defendant has been advised of the allegation and of his right to a hearing and the maximum consequences if found to have been in violation. The defendant freely and voluntarily acknowledged the alleged violations.

16
17
18 **NOW THEREFORE,** the court finds the defendant has violated the conditions of his Pretrial Supervision while on release under bond, and orders that the defendant be detained pending sentencing in this matter.

19
20 The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Pretrial Services Office.

21 October 31, 2007.
22
23 ___s/Karen L. Strombom___
**Karen L. Strombom, U.S. Magistrate Judge**
24
25
26
27
28

ORDER
Page - 1